AO 91 (Rev. 08/09)   Criminal Complaint

# UNITED STATES DISTRICT COURT
for the
District of Maryland

| | |
|---|---|
| United States of America<br>v.<br>JAMAL ANTONIE KELLY<br>11438 Lockwood Drive #402, Silver Spring, MD<br>DOB: 04/XX/1985<br>SSN: XXX-XX-7725<br><br>*Defendant(s)* | )<br>)<br>)  Case No. 11-3325 JKS<br>)<br>)<br>) |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of   January 23, 2011   in the county of   Garrett   in the   District of   Maryland  , the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 18 U.S.C. § 752(a) | Instigating or assisting escape |

This criminal complaint is based on these facts:

See Attached Complaint Affidavit

☑ Continued on the attached sheet.

_____
*Complainant's signature*

D.U.S.M. David D. Ablondi
*Printed name and title*

Sworn to before me and signed in my presence.

Date:   08/01/2011

_____
*Judge's signature*

City and state:   Baltimore, Maryland   Honorable Jillyn K. Schulze, U.S. Magistrate Judge
*Printed name and title*