IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | * | |
| | * | |
| v. | * | **Criminal Number: 11-3325-JKS** |
| | * | |
| **JAMAL ANTONIE KELLY** | * | |
| | * | |
| **Defendant.** | * | |

..ooOOOoo..

## MOTION TO DISMISS

Pursuant to Rule 48(a) of the Federal Rules of Criminal Procedure and by leave of Court endorsed hereon the United States Attorney for the District of Maryland hereby dismisses the Indictment, the Complaint pending against defendant Jamal Antonie Kelly in the above-captioned case.

        Rod J. Rosenstein
        United States Attorney

           /s/
        _____
        Andrea L. Smith
        Assistant United States Attorney

Leave of Court is granted for the filing of the foregoing dismissal.

_____                _____
Date                                     Jillyn K. Schulze
                                           United States Magistrate Judge